

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00260-CR

LABBERRIUS QUDON EVANS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Franklin County, Texas
Trial Court No. F-9330

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Our review of the clerk's record, the supplemental clerk's record, and the State's exhibit three in this case indicates that they contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 9.10(a).  Sensitive data includes "a driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number."  TEX. R. APP. P. 9.10(a)(1).  The clerk's record, the supplemental clerk's record, and the State's exhibit three include social security numbers.  Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."  TEX. R. APP. P. 9.10(b).

Rule 9.10(g) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction."  TEX. R. APP. P. 9.10(g).  Therefore, because the clerk's record, the supplemental clerk's record, and the State's exhibit three contain sensitive data, we order the clerk of this Court or her appointee, in accordance with Rule 9.10(g), to seal these electronically filed records.

IT IS SO ORDERED.

BY THE COURT

Date:   February 25, 2020